DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ZACHARY JOSEPH PENNA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-345

[March 9, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502016CF006304A.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Henry C. Whitaker, Solicitor General, Jeffrey Paul DeSousa, Chief Deputy Solicitor General, and Evan Ezray, Deputy Solicitor General, Tallahassee, for appellee.

### *ON APPELLEE'S MOTION FOR CERTIFICATION OF A QUESTION OF GREAT PUBLIC IMPORTANCE OR REHEARING EN BANC*

GERBER, J.

After consideration of the state's motion for certification of a question of great public importance, and the defendant's response thereto, we grant the state's motion for certification of a question of great public importance. We certify to the Florida Supreme Court the following question of great public importance:

> WHETHER A DEFENDANT'S FIFTH AMENDMENT *MIRANDA* RIGHTS ARE AUTOMATICALLY VIOLATED WHEN AN OFFICER FAILS TO RE-READ A *MIRANDA* WARNING FOLLOWING A DEFENDANT'S VOLUNTARY RE-INITIATION OF CONTACT.

In view of our having certified the state's requested question of great public importance, the state's alternative motion for rehearing en banc, which requested the same certification, is denied as moot.

WARNER and ARTAU, JJ., concur.

\*       \*       \*

***No further motion for rehearing shall be filed.***